# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL JOHNSON, and on behalf of the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS, MINNESOTA, NEW JERSEY, NEW YORK, NORTH CAROLINA, TEXAS, and WASHINGTON;<br><br>        Plaintiffs,<br>v.<br><br>SPINAL TECHNOLOGY, INC.<br><br>        Defendant. | CIVIL ACTION No: 23-cv-11915-LTS<br><br>FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff-Relator, Michael Johnson, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), hereby files this Notice of Dismissal Without Prejudice, which is being filed before any opposing party has been served and before any opposing party has served either an answer or a motion to dismiss.

The undersigned has conferred with counsel for the United States who confirms that the United States consents to dismissal under 31 U.S.C. § 3730(b)(1) as long as dismissal is without prejudice to the United States. The undersigned has also conferred with attorneys appointed to represent the States of California, Delaware, Florida, Georgia, Hawaii, Illinois, Louisiana, Massachusetts, Minnesota, New Jersey, New York, North Carolina, Texas, and Washington, who indicated that the State governments consent to the dismissal on the condition it is without prejudice to the above-listed States.

Dated: October 14, 2025

THE UNITED STATES OF AMERICA, *ex rel.*
MICHAEL JOHNSON,
BY HIS ATTORNEYS

By:   /s/ Jonathan D. Orent, Esq.
Jonathan D. Orent (BBO#660571)
MOTLEY RICE LLC
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7723
Facsimile: (401) 457-7708
jorent@motleyrice.com

Michael J. Pendell*
Mathew P. Jasinski*
Jessica C. Colombo*
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
mpendell@motleyrice.com
mjasinski@motleyrice.com
jcolombo@motleyrice.com

Erin C. Williams*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
ecwilliams@motleyrice.com

Daniel J. Ocasio*
THE DANIEL J. OCASIO
WHISTLEBLOWER LAW GROUP
200 Massachusetts Avenue Northwest
Washington, DC 20001
Telephone: (202) 926-3235 ext. 102
docasio@djolawgroup.com
(*pro hac vice* applications to be submitted)