UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA *et al.*, <br> *ex rel.* MICHAEL JOHNSON, <br><br> Plaintiffs, <br> v. <br><br> SPINAL TECHNOLOGY, INC., <br><br> Defendant. | No. 23-cv-11915-LTS <br><br> **FILED UNDER SEAL** |

**JOINT NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL**

On October 14, 2025, Relator Michael Johnson filed a Notice of Voluntary Dismissal of this action without prejudice. Under the federal and state False Claims Acts, such notice is subject to consent by the United States and the Plaintiff states. *See, e.g.*, 31 U.S.C. § 3730(b)(1).

The United States and the Plaintiff states now jointly notify the Court that they consent to the dismissal of this action without prejudice to their rights. The United States' decision is based on the determination that such dismissal is commensurate with the public interest, and the matter does not warrant the continued expenditure of government resources to pursue based on currently available information. Similarly, the Commonwealth of Massachusetts, on behalf of itself and the other Plaintiff states (California, Delaware, Florida, Georgia, Hawaii, Illinois, Louisiana, Minnesota, New Jersey, New York, North Carolina, Texas, and Washington), consents to the dismissal of this action without prejudice to the rights of the Plaintiff states based on their determination that such dismissal is commensurate with the public interest.

The United States and the Commonwealth of Massachusetts, on behalf of itself and the other Plaintiff states, jointly request that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and any subsequent

filings in this action be unsealed. The United States and the Commonwealth of Massachusetts, on behalf of itself and the other Plaintiff states, further request that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' and/or the Plaintiff states' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY<br>UNITED STATES ATTORNEY | COMMONWEALTH OF MASSACHUSETTS<br><br>ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL |
| By: /s/ *Alexandra Brazier*<br>Alexandra Brazier<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>John Joseph Moakley Courthouse<br>Boston, MA 02210<br>(617) 748-3282<br>Alexandra.Brazier@usdoj.gov | /s/ *Mary-Ellen Kennedy*<br>Mary-Ellen Kennedy<br>Assistant Attorney General<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>(617) 727-2200<br>Mary-Ellen.Kennedy@mass.gov |

Dated: October 14, 2025

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies, pursuant to Local Rule 7.1(a)(2), that counsel for the United States has conferred with counsel for the relator who assents to the notice and counsel for the other government plaintiffs who join in the filing of the notice.

Dated: October 14, 2025            By:    */s/ Alexandra Brazier*
                                                  Alexandra Brazier
                                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Alexandra Brazier, Assistant United States Attorney, hereby certify that I caused the foregoing document to be served by e-mail (with assent) on the following counsel:

*Counsel for Relator*

Jonathan D. Orent
Mathew P. Jasinski
Michael J. Pendell
Erin C. Williams
Motley Rice LLC
jorent@motleyrice.com
mjasinski@motleyrice.com
mpendell@motleyrice.com
ecwilliams@motleyrice.com

Daniel J. Ocasio
The Daniel J. Ocasio Whistleblower Law Group
docasio@djolawgroup.com

Dated: October 14, 2025            By:    */s/ Alexandra Brazier*
                                                  Alexandra Brazier
                                                  Assistant United States Attorney